# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JARED HARMER,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00408 CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). An Administrative Law Judge denied Mr. Jared Harmer disability insurance benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401-434, 1381-1383f. Mr. Harmer asks the court to reverse the Social Security Administration's decision and to grant him disability benefits. Mr. Harmer also requested that the court award attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    On August 3, 2017, Judge Furse issued a Report and Recommendation, recommending that the Commissioner's decision be remanded and that the court award a reasonable attorney fee. Having reviewed the record de novo, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, this case is REMANDED. Mr. Harmer is ordered to submit evidence on the amount of reasonable attorney fees claim in compliance with the local rules on or before February 23, 2017.
.

SO ORDERED this 8th day of February 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge